## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *v.* ETHAN BOOK, JR., ET AL.

On the petition by the named defendant for certification for appeal from the Appellate Court, 97 Conn. App. 822 (AC 25524), it is hereby ordered that no action is necessary on the petition.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Ethan Book, Jr.*, pro se, in support of the petition.

*David F. Borrino*, in opposition.

Decided June 20, 2007

## THOMAS HUNTING *v.* ANDREW CHAMBERS

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 664 (AC 27029), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Robert Shluger*, in support of the petition.

Decided June 20, 2007

## ERNEST FRANCIS *v.* OFFICER CHEVAIR ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 99 Conn. App. 789 (AC 27102), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Ernest Francis*, pro se, in support of the petition.

Decided June 20, 2007